UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL ACTION NO.10-11744

USAA LIFE INSURANCE CO.,

    Plaintiff,

-v-

THE CONRAD T. COEN REVOCABLE LIVING TRUST, ET.AL,

    Defendant(s).
_____/

ORDER DENYING, WITHOUT PREJUDICE, DEFENDANT'S
MOTION FOR APPOINTMENT OF COUNSEL

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County
of Wayne, State of Michigan on June 4, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Defendant Christopher Coen has filed a motion for appointment of counsel. The Court concludes it would be premature to grant Defendant's motion at this time. Should the Court determine that appointment of counsel is appropriate at some future time, Defendant's motion may be reconsidered. Accordingly,

IT IS ORDERED that Defendant's motion for appointment of counsel is DENIED without prejudice.

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

TO:
Ebony Duff
Christopher Coen