UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

USAA LIFE INSURANCE COMPANY,

    Plaintiff/Interpleader,

v.                                                         Case No. 10-11744

THE CONRAD T. COEN REVOCABLE        Honorable Patrick J. Duggan
LIVING TRUST, CHRISTOPHER COEN,
STEPHEN C. ALBERY, and CLAUDIA
FREEDMAN,

    Defendants.
_____/

## JUDGMENT

On April 29, 2010, USAA Life Insurance Company filed this interpleader action to resolve competing claims to an annuity, naming as claimant-defendants The Conrad T. Coen Revocable Living Trust dated May 19, 1983, Christopher Coen, Claudia Freedman, and the Trust's appointed receiver, Stephen C. Albery. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Stephen C. Albery's Motion for Summary Judgment is **GRANTED**, and an Order shall issue directing USAA to liquidate the annuity at Albery's request;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Christopher Coen's Motion for Partial Summary Judgment is **DENIED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Christopher

Coen's Motion to Make Michael Locricchio a Party to this Action is **DENIED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Christopher Coen's Motion to Amend the Motion to Make Michael Locricchio a Party to this Action is **DENIED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Christopher Coen's Motion for the Conrad T. Coen Trust Financial Trustee Michael Locricchio and/or the Conrad T. Coen Revocable Living Trust Pay Costs and Attorney's Fees is **DENIED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Christopher Coen's Motion to Vacate Consent Order Dismissing Claudia Freedman and Withdrawing the Answer of the Conrad T. Coen Revocable Living Trust is **DENIED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Complaint is **DISMISSED**.


Date:  February 4, 2011                s/PATRICK J. DUGGAN
                                       UNITED STATES DISTRICT JUDGE

Copies to:

Ebony L. Duff, Esq.
Stephen C. Albery, Esq.
John A. Ruemenapp, Esq.

Christopher Coen
PO Box 10743
Fargo, ND 58106